# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D17-3395

———————————————

HAMILTON SPECIALTY
INSURANCE COMPANY,

    Appellant,

    v.

ROMANA DEVELOPMENT, LLC, a
Florida Profit Corporation,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

August 28, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Steven E. Oole, Johnson and Oole, LLC, Tallahassee, for Appellant.

Ryan M. Barnett, Whibbs Stone Barnett, P.A., Pensacola, for Appellee.